LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-------------------------------------------------------X    Case No.:2:25-CV-1803-RFB-DJA

ANDREW SPINNEY, Individually and on behalf of a class of all similarly situated persons,

              Plaintiffs,

-v-

AMAZON LOGISTICS, INC. and AMAZON.COM, INC.,

              Defendants
-------------------------------------------------------X

**STIPULATION AND ORDER WITHDRAWING DOC. 6 MOTION AND SETTING DATE FOR RESPONSE TO FIRST AMENDED COMPLAINT**

    Plaintiff, Andrew Spinney, and defendants, Amazon Logistics, Inc. and Amazon.com, Inc., by and through their undersigned counsel, hereby stipulate and agree as follows:

    WHEREAS, on October 1, 2025, defendants filed their motion to compel arbitration and stay the litigation (Doc. 6);

    WHEREAS, on October 7, 2025, plaintiff filed his First Amended Complaint (Doc 14) containing an additional alleged claim for relief;

WHEREAS, the defendants still seek to proceed with a request that the Court grant them the relief requested in their previously filed motion (Doc. 6) but the parties agree that the Court should efficiently address that request also taking into account any additional issues raised by the filing of the First Amended Complaint (Doc. 14);

IT IS THEREFORE STIPULATED AND AGREED THAT:

Defendants' motion to compel arbitration and stay the litigation (Doc. 6) is withdrawn without prejudice; and it is further stipulated and agreed that;

Defendants shall respond to the First Amended Complaint on or before October 21, 2025.

Dated: October 13, 2025

Respectfully submitted,

/s/ *Ruthann Devereaux-Gonzalez*
Ruthann Devereaux-Gonzalez NSB 15904
LEON GREENBERG PROF. CORP.
1811 S. Rainbow Blvd Suite 210
Las Vegas, NV  89146
Tel (702) 383-6085
Attorneys for Plaintiffs

Dated: October 13, 2025

Respectfully submitted,

/s/ *Jason Hicks*
Jason Hicks NSB 13149
GREENBERG TRAURIG LLP.
10845 Griffith Peak Drive Suite 600
Las Vegas, NV 89135
Tel (702) 792-3773
Attorney for Defendants

IT IS SO ORDERED

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

10/17/2025
_____
Date