Jason Hicks
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone:  702.792.3773
Jason.Hicks@gtlaw.com

Megan Cooney (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive, Suite 1200
Irvine, CA  92612-4412
Telephone:     949.451.3800
MCooney@gibsondunn.com

Lucas C. Townsend (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C.  20036-4504
Telephone:  202.955.8500
LTownsend@gibsondunn.com

Michael E. Kenneally (*pro hac vice*)
**MORGAN LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C.  20004-2541
Telephone:  202.739.5893
Michael.Kenneally@morganlewis.com

Attorneys for Defendants
AMAZON LOGISTICS, INC. and
AMAZON.COM, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW SPINNEY, Individually and on behalf of a class of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON LOGISTICS, INC., and AMAZON.COM, INC.,<br><br>Defendants. | CASE NO. 2:25-cv-01803-RFB-DJA<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION AND SETTING BRIEFING SCHEDULE FOR AMAZON'S RENEWED MOTION TO COMPEL ARBITRATION (FIRST REQUEST)** |

Gibson, Dunn & Crutcher LLP

Pursuant to Local Rule 6-1, Plaintiff ANDREW SPINNEY ("Plaintiff") and Defendants AMAZON LOGISTICS, INC. and AMAZON.COM, INC. ("Amazon" or "Defendants") (together, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the entry of an Order Setting Deadlines Regarding Amazon's Renewed Motion to Compel Arbitration as follows:

WHEREAS, on September 24, 2025, Amazon removed this action to this Court (Dkt. 1);

WHEREAS, on October 1, 2025, Amazon filed a motion to compel arbitration and stay the litigation (Dkt. 6);

WHEREAS, on October 7, 2025, Plaintiff filed a First Amended Complaint (Dkt. 14);

WHEREAS, on October 17, 2025, the Court granted the Parties' request that Amazon's motion to compel arbitration and stay litigation be withdrawn and set October 21, 2025 as Amazon's deadline to respond to the First Amended Complaint (Dkt. 24);

WHEREAS, on October 20, 2025, the Supreme Court granted a petition for a writ of certiorari in *Flowers Foods, Inc. v. Brock*, No. 24-935 (U.S.) to address the following question: "Are workers who deliver locally goods that travel in interstate commerce—but who do not transport the goods across borders nor interact with vehicles that cross borders—'transportation workers' 'engaged in foreign or interstate commerce for purposes of the Federal Arbitration Act's § 1 exemption?" (Cert. Pet. at i, *Brock* (U.S. Feb. 14, 2025), https://tinyurl.com/3aezmp2f);

WHEREAS, on October 21, 2025, Amazon filed a Renewed Motion to Compel Arbitration and Stay the Litigation, which included a request, in the alternative, for the Court to hold its Renewed Motion and these proceedings in abeyance pending the Supreme Court's decision in *Brock* (Dkt. 28);

WHEREAS, on November 14, 2025, the Court granted the Parties' stipulation to stay all proceedings and deadlines until thirty (30) days after the Supreme Court issues its decision in *Brock*, denied without prejudice Amazon's pending motions to compel arbitration and stay the case as moot, and ordered that Amazon shall file a renewed motion to compel arbitration addressing the Supreme Court's decision in *Brock* within thirty (30) days after the Supreme Court issues its decision in that case (Dkt. 35);

WHEREAS, on May 28, 2026, the Supreme Court issued its decision in *Brock*;

WHEREAS, Amazon's renewed motion to compel arbitration is due on June 29, 2026;

Gibson, Dunn &
Crutcher LLP

2

WHEREAS, Plaintiff's response to Amazon's renewed motion will be due on July 13, 2026, and Amazon's reply will be due on July 20, 2026;

WHEREAS, the Parties met and conferred and agree it would both conserve judicial and party resources and support the efficient and orderly disposition of this action to extend Amazon's deadline to file its renewed motion to compel arbitration addressing the Supreme Court's decision in *Brock* by thirty (30) days and to set a briefing schedule for the Parties' opposition and reply briefs;

WHEREAS, the requested extensions would not result in prejudice to any party;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1.    Amazon's deadline to file its renewed motion to compel arbitration addressing the Supreme Court's decision in *Brock* is CONTINUED by thirty (30) days from June 29, 2026 to July 29, 2026;

2.    Plaintiff's opposition brief shall be due on or before September 16, 2026;

3.    Amazon's reply brief shall be due twenty-one (21) days after the date Plaintiff's opposition brief is served and filed.

DATED: June 12, 2026

Respectfully submitted,

**LEON GREENBERG PROF. CORP.**

By: __/s/ Leon Greenberg__
    Leon Greenberg
    Nevada Bar No. 8094
    1811 S. Rainbow Blvd. Suite 210
    Las Vegas, NV 89146

  *Attorneys for Plaintiffs*

DATED: June 12, 2026

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: __/s/ Jason Hicks__
    Jason Hicks
    Nevada Bar No. 13149
    10845 Griffith Peak Drive, Suite 600
    Las Vegas, NV 89135

  *Attorneys for Defendants*
  *AMAZON LOGISTICS, INC. and*
  *AMAZON.COM, INC.*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** _____

Gibson, Dunn &
Crutcher LLP

3