LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW SPINNEY, Individually and on behalf of a class of all similarly situated persons,<br><br>Plaintiffs,<br><br>-v-<br><br>AMAZON LOGISTICS, INC. and AMAZON.COM, INC.,<br><br>Defendants. | Case No.:2:25-CV-1803-RFB-DJA<br><br>**PLAINTIFF'S MOTION TO FILE A SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO DEFENDANT AMAZON'S SECOND RENEWED MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**<br><br>Re: The Nevada Constitution's Grant of a Right that Cannot be Waived to Bring an Action in Nevada's State Courts<br><br>Hearing Date: October 16, 2026<br>Hearing Time: 9:15 A.M. |

Plaintiff ANDREW SPINNEY Individually and on behalf of others similarly situated, by and through his attorneys, Leon Greenberg Professional Corporation, submits this Motion to File a Supplement to Plaintiff's Opposition to defendants Amazon Logistics, Inc. and Amazon.Com, Inc. Motion to compel arbitration and stay litigation.

## NATURE OF SUPPLEMENT AND REASON FOR IT

This supplement is filed to advise the Court of certain language, discussed below, contained in the Nevada Constitution, Article 15, Section 16, the Nevada Minimum Wage Amendment (the "MWA"). Plaintiff brings this lawsuit pursuant to the MWA and as a result the Court should be fully advised of the MWA's language bearing on the defendant's motion. Owing to an oversight, the specific language discussed below was not brought to the Court's attention in the plaintiff's opposition. For that reason leave is requested for the Court to consider the below proposed supplemental opposition. Granting such leave is appropriate, as defendant's reply briefing is still not yet filed and defendant can adequately reply to this additional point of potential interest to the Court.

## PROPOSED SUPPLEMENT

**The Nevada Constitution prohibits any waiver of the plaintiff's right to enforce the MWA's terms via a civil action in Nevada's Courts; if Nevada law governs the parties' dispute the Nevada Constitution requires he be allowed to prosecute his claim in a judicial forum and not in arbitration.**

The MWA, the Nevada Constitution, Article 15, Section 16, Subpart 5, states:

> 5. Except as otherwise provided in this section, the provisions of this section may not be waived by agreement between an employee and his or her employer.

The MWA, the Nevada Constitution, Article 15, Section 16, Subpart 7, states:

> 7. An employee claiming violation of this section **is entitled to bring an action against his or her employer in the courts of this State to enforce the provisions of this section** and shall be entitled to all remedies available under the law or in equity appropriate to remedy any violation of this section, including but not limited to back pay, damages, reinstatement or injunctive relief. (Emphasis provided).

The MWA does not grant Nevada's Legislature the power to modify or override any of its terms. Its expressly grants the plaintiff a right to enforce his MWA claims by bringing an action in Nevada's Courts. It also prohibits his employer (the defendants) from enforcing any contractual waiver by the plaintiff of that right.

Unless the Court finds Nevada's law does not control the resolution of the parties' dispute, the plaintiff, pursuant to the Nevada Constitution's foregoing terms,

cannot be compelled to resolve his MWA claims in arbitration pursuant to the contract he signed with the defendants and must be allowed to have them resolved in a judicial forum.

## CONCLUSION

Wherefore, the defendants' motion should be denied.

Dated this 5th day of October, 2026

Leon Greenberg Professional Corporation

By: */s/ Leon Greenberg Esq.,*
Ruthann Devereaux-Gonzalez, Esq.
Nevada Bar No.: 15904
Leon Greenberg, Esq.
Nevada Bar No.: 8094
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
(702) 383-6085

Attorney for Plaintiffs