LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW SPINNEY, Individually and on behalf of a class of all similarly situated persons,<br><br>Plaintiffs,<br><br>-v-<br><br>AMAZON LOGISTICS, INC. and AMAZON.COM, INC.,<br><br>Defendants. | Case No.:2:25-CV-1803-RFB-DJA<br><br>**NOTICE OF FILING SIGNED DECLARATION** |

Please take NOTICE annexed hereto is the signed copy of Plaintiff Andrew Spinney's declaration first filed in support of Plaintiff's Opposition to Defendant Amazon's Second Renewed Motion to Compel Arbitration and Stay Litigation at ECF 45 pages 24-28. Such declaration being unsigned at the time of submission.

Dated this 16th day of October, 2026

Leon Greenberg Professional Corporation

By: /s/ *Leon Greenberg Esq.,*
Ruthann Devereaux-Gonzalez, Esq.
Nevada Bar No.: 15904
Leon Greenberg, Esq.
Nevada Bar No.: 8094
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
(702) 383-6085

Attorney for Plaintiffs

LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**-----------------------------------------------------X Case No.:2:25-CV-1803-RFB-DJA**

**ANDREW SPINNEY, Individually and on behalf of a class of all similarly situated persons,**

**Plaintiffs,**

**-v-**

**AMAZON LOGISTICS, INC. and AMAZON.COM, INC.,**

**Defendants**

**-----------------------------------------------------X**

**DECLARATION**

Andrew Spinney, being over the age of 21, hereby declares and states as follows under the penalty of perjury.

1. I am the plaintiff in this case.

2. I am advised by my attorney that the defendants in this case ("Amazon") claim that based on a review of their records I performed a total of 36 different delivery blocks as an Amazon Flex driver for Amazon, all in 2024. I have no reason to believe that information is incorrect.

3. When I worked as an Amazon Flex driver Amazon paid me a set amount for delivering all of the packages in an Amazon delivery block. If I was unable to deliver a package I was required to return it to the Amazon Flex station where I picked up all of the packages before I started doing those deliveries. I would estimate in approximately 50% or more of the delivery blocks I was assigned I had at least one undeliverable package I had to return to the Amazon Flex station.

4. For each delivery block I performed Amazon would provide me with a record or receipt electronically. Attached to this declaration is one page containing those records for different delivery blocks I performed in May of 2024. Each of those records would have a start and end time (in the attached between two and five hours apart) and an amount I was paid for completing the delivery block. I was expected to complete the entire delivery block by the end time.

5. Amazon required I use my personal vehicle to deliver the packages assigned to me. I was required to bring that personal vehicle with me to the Amazon station where I picked up those packages. It would typically, depending on traffic conditions and where I ended my delivery block for the day, consume approximately one hour of my time driving to Amazon's station to pick up my delivery block and then home when I finished my last delivery. If that driving time (to Amazon's station to pick up the packages and then returning my car home after the last delivery) was considered "work" the amount of time I worked each day that I performed a delivery block was always longer than the time (between two and five hours) for each delivery block shown on the records attached to this declaration. In addition, when I was

required to return an undeliverable package to Amazon's Flex station that would also consume additional time. Amazon would have a record of the exact amount of time I spent from my arrival at their Flex station to load up the packages in my car until when I completed the last delivery of my delivery block since that information was electronically recorded by them through my phone.

5. I understand the claim being made in this case is that Amazon was my employer and the employer of its other Flex drivers in Nevada and failed to pay its Flex drivers at least the required Nevada hourly minimum wage for all of their work. I understand that the Nevada hourly minimum wage was $11.25 an hour in 2024 prior to July 1, 2024, and $12.00 an hour after July 1, 2024. I also understand that Amazon's failure to pay me and its other Nevada Flex drivers at least the Nevada minimum hourly wage is claimed to have resulted from (1) the mileage costs its Flex drivers paid since they drove their own vehicles; and (2) the need for Amazon to pay the Nevada minimum wage for all of the time we worked — including the time we spent driving our vehicles, which were required for our work, to and from our homes where we kept our vehicles and Amazon Flex's delivery station and the location where we performed the last delivery each day for Amazon.

6. During days I worked as an Amazon flex delivery driver I would estimate I was required to drive my vehicle, on average, between 80 to 100 miles, and sometimes more than 100 miles, to perform my work. When I performed smaller delivery blocks I usually drove fewer miles and when I performed larger delivery blocks that took longer I usually drove more miles. Amazon would have a precise record of the minimum

amount of miles I drove each day actually dropping off packages since they had a record of every delivery location I needed to reach.

7. I have provided my attorney with the same form of attached records that provide information on 22 of the delivery blocks I performed for Amazon as a Flex driver.

8. While I cannot state an amount based on precise knowledge (Amazon has the records I would need to make a more precise calculation), based on the information currently available, I have no reason to estimate that my individual claim for unpaid Nevada minimum wages owed to me by Amazon is for an amount of over $2,000 and it could be for less than $1,200. I make that estimate based on the following facts:

(a) The 22 records of delivery block I performed for Amazon indicate those blocks were for 133.5 hours — the total hours between the start time and end time of each delivery block when added together — for which I was paid $2,591.10 or $19.42 a "scheduled delivery block hour" as per a spreadsheet of that information from those 22 records assembled by my attorney;

(b) If I worked an additional 1.5 hours every delivery block, either driving to the Amazon Flex station or home after my last delivery I would have worked 33 additional hours (22 x 1.5) or 163.5 hours for which I was paid $2,591.10 or $15.85 an hour. That would be an amount, if mileage costs were not considered, of $751.72 more than

the $11.25 Nevada minimum hourly wage ($1,839.38 for 163.5 hours) for those 22 delivery blocks;

(c) If I drove 100 miles every one of those 22 delivery blocks, and should have received payment at the then existing IRS business mileage expense rate of 67 cents per mile, I would also need to be paid $1,474 above the Nevada hourly minimum wage to cover those per mile driving expenses;

(d) Applying the foregoing assumptions, while I needed to be paid at least $1,474 by Amazon in addition to the $11.25 an hour minimum wage for the 22 delivery blocks discussed I was only paid $751.72 of that amount. As a result, I was paid $722.28 less than what the Nevada minimum wage law required I be paid for those 22 delivery blocks under those assumptions, or approximately $32.83 per delivery block;

(e) If the foregoing assumptions were applied to the 36 delivery blocks Amazon says I performed I would be owed approximately $1,182 in unpaid Nevada minimum hourly wages ($32.83 per block x 36).

I have read the foregoing and affirm the same is true and correct.

Affirmed this 15th day of September, 2026.

Andrew Spinney